*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015                    520585
_____

In the Matter of INJAH UNIQUE
    TAFARI, Also Known as
    RICHARDO ORLANDO FOUST,
                        Appellant,
        v                                    MEMORANDUM AND ORDER

TINA M. STANFORD, as Chair
    of the Board of Parole,
    et al.,
                        Respondents.
_____


Calendar Date:   September 22, 2015

Before:  Lahtinen, J.P., Garry, Devine and Clark, JJ.

                        _____


        Injah Unique Tafari, Elmira, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Laura
Etlinger of counsel), for respondents.

                        _____


        Appeal from a judgment of the Supreme Court (Koweek, J.),
entered February 3, 2015 in Columbia County, which, in a
proceeding pursuant to CPLR article 78, denied petitioner's
motion to enforce a prior order.

        Petitioner commenced this CPLR article 78 proceeding
challenging a September 2013 decision of the Board of Parole
denying his request for parole release.  In June 2014, Supreme
Court issued an order remanding the case to the Board to conduct
a de novo parole hearing.  The hearing was conducted in September
2014 after which the Board again denied petitioner's request for
parole release.  Petitioner was not satisfied with the Board's
decision or the manner in which the de novo hearing was conducted

and made a pro se motion "to enforce" the June 2014 order by having the court direct that another de novo parole hearing be conducted. Supreme Court denied the motion and petitioner now appeals.

Preliminarily, we note that petitioner should have pursued his challenge to the Board's September 2014 decision via a separate CPLR article 78 proceeding instead of a motion to enforce Supreme Court's prior order. Nevertheless, his challenge is now moot given his reappearance before the Board in May 2015. Accordingly, the appeal must be dismissed (see Matter of Franko v Department of Corrections & Community Supervision, Bd. of Parole, 126 AD3d 1193, 1193 [2015]; Matter of McRoy v New York State Bd. of Parole, 121 AD3d 1159, 11160 [2014]).

Lahtinen, J.P., Garry, Devine and Clark, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court